UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re

Chapter 11
Case No. 1-23-42029-jmm

MARGARITA ONASSIS PARLIONAS,

          Debtor.
------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to FRBP 9010, Richard A. Klass, Esq. hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for Athanasios Parlionas and demands that all papers in this action be served upon the undersigned at the office and address stated below.

Dated: Brooklyn, New York
      June 15, 2023

_____/s/_____
RICHARD A. KLASS, ESQ.
Attorney for Athanasios Parlionas
16 Court Street, 28th Floor
Brooklyn, New York 11241
718-643-6063
RichKlass@courtstreetlaw.com