UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X   Case No. 23-42029

In re:

**Margarita Onassis Parlionas,**
        **Debtor.**

**Chapter 11**

-----------------------------------------------

**Affidavit of Service of**
**Order Establishing Deadline for filing of Proofs of Claim, Notice of Bar Date and as well Form 410**

On August 21, 2023, the undersigned mailed a via mailed via first class mail, with postage prepaid, a copy of the Court's ordered deadline for filing Proofs of Claim, Notice of Bar Date and as well as the Form 410 upon all those creditors having filed Notice of Appearances and those listed by the Debtor as creditors. Also served were the following parties via email

Gina Maria Nikolaou gina@sipsaslaw.com
Richard A Klass richklass@courtstreetlaw.com

Hillary Schultz hschultz@COURTSTREETLAW.COM

Sussman, Jeremy S. (USTP) Jeremy.S.Sussman@usdoj.gov
John Sipsas  John@sisaslaw.com


Dated: New York NY
August 21, 2023

                                                        /s/*karamvirdahiya*
                                                    Dahiya Law Offices, LLC
                                                  75 Maiden Lane Suite 606
                                                New York New York 10038
                                                           Tel: 212 766 8000