UNITED STATES BANKRUPTY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Chapter 11
In Re:

MARGARITA ONASSIS PARLIONAS,                                            Case No. 1-23-42029-jmm

Debtor.
-------------------------------------------------------------------X

# ORDER TO SHOW CAUSE

Upon the application **[ECF No. 40] (the "Application") (JMM)** of Athanasios Parlionas, ~~movant herein~~ **(the "Movant")**, by his attorney Richard A. Klass, Esq., seeking an entry of an Order remanding the state court action, *Parlionas v. Parlionas*, in the Supreme Court State of New York Queens County, Index No. 012636/2015 (the "Divorce Action" or the "Divorce Court") pursuant to 28 U.S.C. §1452(b) which was removed by ~~the Debtor~~ **Margarita Onassis Parlionas (the "Debtor") (JMM)** pursuant to the Notice of Removal dated August 15, 2023 **[ECF No. 32] (JMM)**; it is

**NOW, THEREFORE**, it is hereby

**ORDERED**, the Debtor is directed to appear at a hearing before the Honorable Jil Mazer-Marino, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on **September 27, 2023 at 1:00 p.m.** (the "Hearing") and show cause why the Court should not order the Divorce Action remanded to the Supreme Court State of New York Queens County pursuant to 28 U.S.C. § 1452(b); and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances

no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Movant shall serve a copy of this Order to Show Cause together with the Application on (1) the U.S. Trustee, (2) the Debtor, (3) parties having filed a notice of appearance, and (4) all creditors, by regular mail and e-mail by September 8, 2023, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that the Movant shall file a certificate of service with the Court by September 12, 2023, evidencing the Movant's compliance with the service requirements in this Order to Show Cause; and it is further

**ORDERED**, that pleadings in support of or in opposition to the remand of the Divorce Action shall be filed by September 20, 2023.



Dated: September 7, 2023
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge