# DAHIYA LAW OFFICES LLC
*Attorneys*

```
75 Maiden Lane Suite 606
New York, New York 10038
    Tel: 212-766 8000
     karam@dahiya.law
```

November 15, 2023

To the
Hon Judge Jil Mazer-Marino
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

                    Re: **Case No. 23-42029 (JMM) Chapter 11**
                    Debtor: **Margarita Onassis Parlionas,**

Dear Judge Mazer-Marino,

      Your Honor had asked the parties in today's hearing about any immediate conferences, hearing etc. scheduled before the matrimonial part of the state court. There was a status conference before Hon. William Viscovich scheduled for December 18, 2023. However, it was cancelled. Attached a Team Invite showing cancellation.  Ex. A.

                                          Yours faithfully,

                                              */s/karamvirdahiy*
                                              Karamvir Dahiya

**Subject:** Fwd: Canceled: Parlionas v Parlionas #721778/2020
**From:** Margarita Parlionas <margaritaonassis@gmail.com>
**Date:** 11/15/2023, 12:42 PM
**To:** Karamvir Dahiya <karam@legalpundit.com>

▼ Hon. William Viscovich has canceled this event: Canceled: Parlionas v Parlionas #721778/2020

| | |
|---:|:---:|
| Title: | Canceled: Parlionas v Parlionas #721778/2020 |
| Location: | Microsoft Teams Meeting |
| When: | Monday, December 18, 2023 9:30 AM – 10:00 AM |
| Organizer: | Hon. William Viscovich <wviscovi@nycourts.gov> |
| Description: | _____ |

_____
Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting<https://teams.microsoft.com/l/meetup-join/19%3ameeting_Nzg5MjgwNWItMzM0Ni00NDE3LTlmM2QtNjRlMTRlNGFhN2U5%40thread.v2/0?context=%7b%22Tid%22%3a%223456fe92-cbd1-406d-b5a3-5364bec0a833%22%2c%22Oid%22%3a%22cab03c90-5be9-43c4-88da-8514ed65897e%22%7d>
Meeting ID: 240 618 542 813
Passcode: xrcsLD
Download Teams<https://www.microsoft.com/en-us/microsoft-teams/download-app> | Join on the web<https://www.microsoft.com/microsoft-teams/join-a-meeting>
Or call in (audio only)
+1 347-378-4143,,694249969#<tel:+13473784143,,694249969#>
United States, New York City
(833) 262-7886,,694249969#<tel:8332627886,,694249969#>
United States (Toll-free)
Phone Conference ID: 694 249 969#
Find a local number<https://dialin.teams.microsoft.com/0a265099-da87-43a8-8092-504574390145?id=694249969> | Reset PIN<https://dialin.teams.microsoft.com/usp/pstnconferencing>
[https://www.nycourts.gov/teams-invite/logo3.png]
You are prohibited from recording video or audio, or taking photos or screenshots (22 NYCRR Parts 29, 131)
Learn More<https://aka.ms/JoinTeamsMeeting> | Help<https://nycourts.gov/appear> | Meeting options<https://teams.microsoft.com/meetingOptions/?organizerId=cab03c90-5be9-43c4-88da-8514ed65897e&tenantId=3456fe92-cbd1-406d-b5a3-5364bec0a833&

|  |  |
|---|---|
|  | threadId=19_meeting_Nzg5MjgwNWItMzM0Ni00NDE3LTlmM2QtNjRlMT RlNGFhN2U5@thread.v2&messageId=0&language=en-US> \| Legal<https://ww2.nycourts.gov/rules/index.shtml> _____ _____ |
| Attendees: | margaritaonassis@gmail.com <margaritaonassis@gmail.com> mcoffinas <mcoffinas@coflus.com> QSCPART63 <QSCPART63@nycourts.gov> |

---------- Forwarded message ---------
From: **Hon. William Viscovich** <wviscovi@nycourts.gov>
Date: Wed, Nov 15, 2023 at 12:42 PM
Subject: Canceled: Parlionas v Parlionas #721778/2020
To: margaritaonassis@gmail.com <margaritaonassis@gmail.com>, mcoffinas <mcoffinas@coflus.com>, QSCPART63 <QSCPART63@nycourts.gov>

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**

Click here to join the meeting

Meeting ID: 240 618 542 813
Passcode: xrcsLD

Download Teams | Join on the web

**Or call in (audio only)**

+1 347-378-4143,,694249969#    United States, New York City

(833) 262-7886,,694249969#    United States (Toll-free)

Phone Conference ID: 694 249 969#

Find a local number | Reset PIN



You are prohibited from recording video or audio, or taking photos or screenshots (22 NYCRR Parts 29, 131)

Learn More | Help | Meeting options | Legal

_____

Attachments:

invite.ics                                                                                                                                      4.2 KB