UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                              Chapter 11

    Margarita Onassis Parlionas,            Case No. 23-42029-JMM

                    Debtor.

---------------------------------------------------------------x

### ORDER, PURSUANT TO 11 U.S.C. § 1121(d), EXTENDING THE CHAPTER 11 DEBTOR'S EXCLUSIVE PERIODS WITHIN WHICH TO FILE A PLAN AND SOLICIT ACCEPTANCES OF SUCH PLAN

UPON the notice of hearing and motion (the "Motion") [ECF No. 51] of Margarita Onassis Parlionas, the debtor and debtor in possession (the "Debtor"), for entry of an order, pursuant to section 1121(d) of Title 11 of the United States Code (the "Bankruptcy Code"), extending the exclusive time periods during which the Debtor may file a Chapter 11 plan (the "Plan") and solicit acceptances thereto (the "Exclusive Periods"); and notice and service being proper; and upon the hearing held before this Court on November 15, 2023 (the "Hearing"), the record of which is incorporated herein by reference; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation thereon, and for the reasons stated by the Court at the Hearing, it is hereby

**ORDERED,** that any objections to the Motion are overruled, and the Motion is granted as set forth herein; and it is further

**ORDERED**, that pursuant to Bankruptcy Code § 1121(d), the exclusive period within which the Debtor may file a Plan be, and it hereby is, extended through and including March 1, 2024; and it is further

**ORDERED,** that pursuant to Bankruptcy Code § 1121(d), the exclusive period within which the Debtor may solicit acceptances to a proposed Plan be, and it hereby is, extended through and including April 30, 2024; and it is further

**ORDERED**, that this Order shall be without prejudice to the right of the Debtor to seek a further extension of the Exclusive Periods.



Dated: December 6, 2023
      Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge