UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                        Chapter 7

MARGARITA ONASSIS PARLIONAS          Case No.: 23-42029-jmm
*aka* MARGARITA MARY VEKRAKOS,

                                    Debtor.
-----------------------------------------------------------X

## ORDER ESTABLISHING DEADLINE FOR FILING ADMINISTRATIVE PROOFS OF CLAIM, APPROVING THE FORM AND MANNER FOR FILING ADMINISTRATIVE PROOFS OF CLAIM, AND APPROVING NOTICE THEREOF

Upon the application [Dkt. No. 141] (the "Application") of Debra Kramer, the Chapter 7 Trustee (the "Trustee") of the estate of Margarita Onassis Parlionas *aka* Margarita Mary Vekrakos (the "Debtor"), seeking the entry of an order, under sections 105 and 503(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 3003(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") establishing an administrative bar date of **August 9, 2024**, by which requests for payment of certain administrative expenses that accrued between June 7, 2023 and March 18, 2024, must be filed (the "Administrative Bar Date"), approving the form and manner for filing such claims, and approving notice thereof; and it appearing that the relief requested is in the best interest of the Debtor, her estate and creditors, and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that proofs of claim filed by entities asserting a claim for payment of administrative expenses (including, but not limited to, claims for goods delivered to the Debtor within twenty (20) days before the petition date under sections 503(b)(9) or 507(a)(1) of the Bankruptcy Code, professional fees rendered and expenses incurred and entitled to payment under sections 327, 328, 330 or 503 of the Bankruptcy Code, and/or any other applicable provision of

1

the Bankruptcy Code) that accrued between June 7, 2023 up to and including March 18, 2024, (the "Administrative Proofs of Claim") must be filed on or before **August 9, 2024, at 5:00 p.m. (prevailing Eastern Time)** (the "Administrative Bar Date"), and it is further

**ORDERED**, that the following procedures for the filing of Administrative Proofs of Claim shall apply:

(a) Administrative Proofs of Claim must conform substantially to Form B 410 of the Official Bankruptcy Forms;

(b) Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file Administrative Proofs of Claim electronically on the Court's Case Management/Electronic Case File (the "CM/ECF") system. Those without access to the CM/ECF system must file their Administrative Proofs of Claim by mailing or delivering the original proof of claim by hand to the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201-1800;

(c) Administrative Proofs of Claim will be deemed filed only when **received** by the Clerk of the Bankruptcy Court on or before the Administrative Bar Date; and

(d) Administrative Proofs of Claim must be: (i) signed; (ii) include supporting documentation (if voluminous, attach a summary) or an explanation as to why documentation is not available; (iii) be in the English language; and (iv) be denominated in United States currency; and it is further

**ORDERED**, that the following persons or entities need not file an Administrative Proof of Claim on or prior to the Administrative Bar Date:

(a) any person or entity that holds a claim for administrative expenses that has been allowed by an Order of this Court entered on or before the Administrative Bar Date;

(b) any holder of a claim for administrative expenses for which a separate deadline is fixed by this Court;

(c) any person or entity whose claim for administrative expenses has been paid or otherwise satisfied in full by the Debtor;

(d) any holder of a claim for administrative expenses who has already properly filed an Administrative Proof of Claim with the Clerk of the Court against the Debtor;

(e) any person or entity that holds a claim for administrative expenses that were incurred after March 18, 2024; and it is further

**ORDERED**, that pursuant to Rule 3003(c)(2) of the Bankruptcy Rules, all holders of claims that fail to comply with this Order by timely filing an Administrative Proof of Claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution; and it is further

**ORDERED**, that a copy of the notice annexed to the Order (the "Administrative Bar Date Notice") is approved and shall be deemed adequate and sufficient if served by first-class mail, to the extent their addresses are publicly available on the bankruptcy docket, at least thirty-five (35) days prior to the Administrative Bar Date on:

(a) The United States Trustee;

(b) The Debtor and her counsel;

(c) All persons or entities that have requested notice of the proceedings in this case;

(d) All persons or entities that have filed claims;

(e) All Parties to litigation with the Debtor;

(f) the Internal Revenue Service for the district in which the case is pending; and it is further

**ORDERED**, that any person or entity who desires to rely on the Debtor's schedules will have the responsibility for determining that the claim is accurately listed in the schedules; and it is further

**ORDERED**, that the Trustee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED**, that entry of this Order is without prejudice to the rights of the Trustee to seek a further order of this Court fixing a date by which holders of claims or interests not subject to this Administrative Bar Date established herein must file such proofs of claim or interest or be barred from doing so.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 7

MARGARITA ONASSIS PARLIONAS                                         Case No.: 23-42029-jmm
*aka* MARGARITA MARY VEKRAKOS,

                              Debtor.
-----------------------------------------------------------X

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM FOR ADMINISTRATIVE EXPENSE CLAIMS ON OR BEFORE AUGUST 9, 2024

**TO ALL PERSONS AND ENTITIES WITH CLAIMS FOR ADMINISTRATIVE EXPENSES AGAINST MARGARITA ONASSIS PARLIONAS *aka* MARGARITA MARY VEKRAKOS FOR THE PERIOD COMMENCING JUNE 7, 2023, UP TO AND INCLUDING MARCH 18, 2024**

The United States Bankruptcy Court for the Eastern District of New York has entered an Order (the "Administrative Bar Date Order") establishing **August 9, 2024, at 5:00 p.m. (prevailing Eastern Time)** (the "Administrative Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures and trusts) to file a proof of claim for certain administrative expenses (the "Administrative Proof of Claim") against Margarita Onassis Parlionas *aka* Margarita Mary Vekrakos (the "Debtor"), with respect to administrative expenses arising on June 7, 2023, up to and including March 18, 2024.

The Administrative Bar Date and the procedures set forth below for filing Administrative Proofs of Claim apply to all claims against the Debtor that arose from June 7, 2023 (the "Petition Date"), the date on which the Debtor commenced her case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), up to and including March 18, 2024, the date on which the Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code, except for those holders of the claims listed in section 4 below that are specifically excluded from the Administrative Bar Date filing requirement.

1.  **WHO MUST FILE AN ADMINISTRATIVE PROOF OF CLAIM**

You **MUST** file an Administrative Proof of Claim to share in distributions from the Debtor's bankruptcy estate to obtain payment on account of a claim for administrative expenses arising between **June 7, 2023, up to and including March 18, 2024**, if it is not one of the types of claim described in section 4 below. Claims for administrative expenses are specifically described in sections 503 and 507 of the Bankruptcy Code. Among other things, these sections provide that certain types of claims are entitled to administrative expense priority, including, without limitation: (i) the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the bankruptcy case; (ii) certain taxes and penalties related thereto; (iii) compensation and reimbursement of certain professionals or officers; (iv) the actual, necessary expenses incurred by (a) certain creditors, (b) a creditor, an indenture trustee, an equity security holder, or a committee representing any such entities, in making a substantial contribution to a debtor's converted Chapter 11 case, (c) custodian, (d) members of certain committees if incurred in the performance of the duties of such committees; or (v) compensation for services rendered by an indenture trustee.

Under section 101(5) of the Bankruptcy Code, and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**2.    WHAT TO FILE**

Your filed Administrative Proof of Claim must conform substantially to Official Form B 410. Administrative Proofs of Claim forms may be obtained at https://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0

Your filed Administrative Proof of Claim must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Administrative Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

**3.    WHEN AND WHERE TO FILE**

Except as provided for herein, Administrative Proofs of Claim must be filed so as to be received **on or before the Administrative Bar Date of August 9, 2024, at 5:00 p.m. (prevailing Eastern time)**.

Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file Administrative Proofs of Claim electronically on the Court's Case Management/Electronic Case File (the "CM/ECF") system.

Those without accounts to the CM/ECF system must file their Administrative Proofs of Claim by mailing or delivering the original by hand or overnight courier to the Court at:

**United States Bankruptcy Court**
**Eastern District of New York**
**271-C Cadman Plaza East**
**Suite 1595**
**Brooklyn, NY 11201-1800**

Administrative Proofs of Claim will be deemed filed only when **received** by the Bankruptcy Court on or before the Administrative Bar Date. Administrative Proofs of Claim may **not** be delivered by facsimile, telecopy or electronic mail transmission.

**4. WHO NEED NOT FILE A PROOF OF CLAIM**

You do **NOT** need to file an Administrative Proof of Claim on or prior to the Administrative Bar Date if you are:

(a) a holder of a claim for administrative expenses that has been allowed by an Order of the Court entered on or before the Administrative Bar date;

(b) a holder of a claim for administrative expenses for which a separate deadline is fixed by the Court;

(c) a holder of a claim for administrative expenses that has been paid or otherwise satisfied in full by the Debtor;

(d) a holder of a claim for administrative expenses who has already properly filed an Administrative Proof of Claim with the Clerk of the Court against the Debtor;

(e) a person or entity that holds a claim for administrative expenses that were incurred after March 18, 2024.

**This Notice is being sent to persons and entities that have had some relationship with or have done business with the Debtor, but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim or that the Debtor or the Court believes that you have a claim against the Debtor**.

**5. CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE PROOF OF CLAIM BY THE ADMINISTRATIVE BAR DATE ANY HOLDER OF AN ADMINISTRATIVE PROOF OF CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THIS NOTICE, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE AN ADMINISTRATIVE PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE BARRED FROM ASSERTING SUCH A CLAIM**

**AGAINST THE DEBTOR AND THE CONVERTED CHAPTER 11 ESTATE, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CASE ON ACCOUNT OF SUCH CLAIM.**

A holder of a possible administrative claim against the Debtor should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file an Administrative Proof of Claim.

**BY ORDER OF THE COURT**

**Law Offices of Avrum J. Rosen, PLLC**
Alex E. Tsionis, Esq.
38 New Street
Huntington, New York 11743
Tel: (631) 423-8527
atsionis@ajrlawny.com
*Counsel to Debra Kramer,*
*Chapter 7 Trustee of the Estate of*
*Margarita Onassis Parlionas*
*aka Margarita Mary Vekrakos*