UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                      Chapter 7

MARGARITA ONASSIS PARLIONAS                                 Case No.: 23-42029-jmm
*aka* MARGARITA MARY VEKRAKOS,

                              Debtor.
----------------------------------------------------------X

**ORDER ESTABLISHING DEADLINE FOR FILING ADMINISTRATIVE PROOFS OF CLAIM, APPROVING THE FORM AND MANNER FOR FILING ADMINISTRATIVE PROOFS OF CLAIM, AND APPROVING NOTICE THEREOF**

Upon the application [Dkt. No. 141] (the "Application") of Debra Kramer, the Chapter 7 Trustee (the "Trustee") of the estate of Margarita Onassis Parlionas *aka* Margarita Mary Vekrakos (the "Debtor"), seeking the entry of an order, under sections 105 and 503(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 3003(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") establishing an administrative bar date of **August 9, 2024**, by which requests for payment of certain administrative expenses that accrued between June 7, 2023 and March 18, 2024, must be filed (the "Administrative Bar Date"), approving the form and manner for filing such claims, and approving notice thereof; and it appearing that the relief requested is in the best interest of the Debtor, her estate and creditors, and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that proofs of claim filed by entities asserting a claim for payment of administrative expenses (including, but not limited to, claims for goods delivered to the Debtor within twenty (20) days before the petition date under sections 503(b)(9) or 507(a)(1) of the Bankruptcy Code, professional fees rendered and expenses incurred and entitled to payment under sections 327, 328, 330 or 503 of the Bankruptcy Code, and/or any other applicable provision of

1

the Bankruptcy Code) that accrued between June 7, 2023 up to and including March 18, 2024, (the "Administrative Proofs of Claim") must be filed on or before **August 9, 2024, at 5:00 p.m. (prevailing Eastern Time)** (the "Administrative Bar Date"), and it is further

**ORDERED**, that the following procedures for the filing of Administrative Proofs of Claim shall apply:

(a) Administrative Proofs of Claim must conform substantially to Form B 410 of the Official Bankruptcy Forms;

(b) Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file Administrative Proofs of Claim electronically on the Court's Case Management/Electronic Case File (the "CM/ECF") system. Those without access to the CM/ECF system must file their Administrative Proofs of Claim by mailing or delivering the original proof of claim by hand to the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201-1800;

(c) Administrative Proofs of Claim will be deemed filed only when **received** by the Clerk of the Bankruptcy Court on or before the Administrative Bar Date; and

(d) Administrative Proofs of Claim must be: (i) signed; (ii) include supporting documentation (if voluminous, attach a summary) or an explanation as to why documentation is not available; (iii) be in the English language; and (iv) be denominated in United States currency; and it is further

**ORDERED**, that the following persons or entities need not file an Administrative Proof of Claim on or prior to the Administrative Bar Date:

(a) any person or entity that holds a claim for administrative expenses that has been allowed by an Order of this Court entered on or before the Administrative Bar Date;

(b) any holder of a claim for administrative expenses for which a separate deadline is fixed by this Court;

(c) any person or entity whose claim for administrative expenses has been paid or otherwise satisfied in full by the Debtor;

(d) any holder of a claim for administrative expenses who has already properly filed an Administrative Proof of Claim with the Clerk of the Court against the Debtor;

(e) any person or entity that holds a claim for administrative expenses that were incurred after March 18, 2024; and it is further

**ORDERED**, that pursuant to Rule 3003(c)(2) of the Bankruptcy Rules, all holders of claims that fail to comply with this Order by timely filing an Administrative Proof of Claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution; and it is further

**ORDERED**, that a copy of the notice annexed to the Order (the "<u>Administrative Bar Date Notice</u>") is approved and shall be deemed adequate and sufficient if served by first-class mail, to the extent their addresses are publicly available on the bankruptcy docket, at least thirty-five (35) days prior to the Administrative Bar Date on:

(a) The United States Trustee;

(b) The Debtor and her counsel;

(c) All persons or entities that have requested notice of the proceedings in this case;

(d) All persons or entities that have filed claims;

(e) All Parties to litigation with the Debtor;

(f) the Internal Revenue Service for the district in which the case is pending; and it is further

**ORDERED**, that any person or entity who desires to rely on the Debtor's schedules will have the responsibility for determining that the claim is accurately listed in the schedules; and it is further

**ORDERED**, that the Trustee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED**, that entry of this Order is without prejudice to the rights of the Trustee to seek a further order of this Court fixing a date by which holders of claims or interests not subject to this Administrative Bar Date established herein must file such proofs of claim or interest or be barred from doing so.

Dated: June 23, 2024
Brooklyn, New York



_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**