# Exhibit "B"



**Name and address of insured**

ATHANASIOS AND MARGARITA PARLIONAS
317 B SOUNDVIEW LANE
COLLEGE POINT, NY 11356

**Page** 1
**Effective date** 10/20/22
**Policy no.** 14379049-05
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/20/22 to 10/20/23

**If you have any questions, please contact**
PREMIUM INSURANCE AGENCY INC
1 MORGAN AVE
GREENWICH, CT 06831-4921
914.777.8634

| Class | No. | Description | Value |
|---|---|---|---|
| **Jewelry** | 1 | LADYS DIAMOND PLATINUM ENGAGEMENT RING W 3.1TCW ; 2.5 CARAT CHANEL SET BAGUETTE CUT DIAMONDS CTR DIA IS D COLOR, VVS-1 CLARITY | $ 144,569 |

© Chubb.2016. All rights reserved. Form no. Q1200000

Reference Copy