# Exhibit "C"

```
 1                    M. Parlionas
 2     divorce case?
 3           A     I do.
 4           Q     In Supreme Queens?
 5           A     Yes.
 6           Q     You also have presently pending
 7     your bankruptcy case?
 8           A     Correct.
 9           Q     Anything else?
10           A     No.
11           Q     You understand that this
12     Examination Under Oath pertains to your claim
13     for the loss of a diamond engagement ring,
14     correct?
15           A     Correct.
16           Q     Have you found the ring?
17           A     No.
18           Q     Has anybody found the ring, to
19     your knowledge?
20           A     No.
21           Q     When did you last see that ring
22     with your own eyes?
23           A     I sent you the picture of the last
24     time that I saw that I was wearing it.
25           Q     I am going to show you an exhibit
```