# Exhibit "D"

```
 1                    M. Parlionas
 2         Q      Did the subject of the ownership
 3   of the ring in question ever come up at any
 4   proceeding in connection with the marital
 5   dispute, your divorce case?
 6         A      I don't think so.  I know that the
 7   ring is mine in the divorce.  It has nothing to
 8   do with Mr. Parlionas.
 9         Q      How do you know that?
10         A      Because my attorney had told me,
11   Michael Black, that all jewelry belongs to whose
12   ever they are.  He has jewelry.  I had jewelry.
13   That belongs to me.
14         Q      Did you and your husband or your
15   respective attorneys ever enter into any
16   agreement, formal agreement, a written
17   agreement, specifying that all the jewelry is
18   yours?
19         A      I don't remember.  You can have
20   access to the court records.  I don't remember.
21                I know it's the law.  That's what
22   my attorney told me.  The law says in the
23   divorce that I own the ring and he has his
24   jewelry.  If that be the case, I should get his
25   jewelry.  Do you know what I mean?
```