# Exhibit "E"

LAW OFFICES
## TELL, CHESER & BREITBART

320 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530

TELEPHONE (516) 535-1550
TELECOPIER (516) 535-1552
E-MAIL admin@tellcheser.com

March 12, 2025

Honorable Jil Mazer-Marino
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

                Re:    Margarita Parlionas, Debtor
                        Case No. 1-23-42029-JMM
                        Our File No.: 239165

Dear Judge Mazer-Marino:

        This writer represents Chubb National Insurance Company. By order dated November 19, 2023 (Dkt. No. 69), a copy of which is enclosed, the Court granted Chubb relief from the automatic stay to enable it to investigate and determine its obligations arising out of the reported loss of an engagement ring scheduled in a Chubb policy issued to debtor Margarita Parlionas and her husband Athanasios Parlionas. Chubb has completed its investigation and has determined to pay the claim in the amount of $144,569, which is the full amount of insurance coverage for the ring.

        Both the Trustee and Mr. Parlionas have asserted entitlement in whole or in part to Chubb's claim payment. Chubb has no interest in this case other than to make its claim payment in accordance with the Court's directives. Chubb seeks to avoid double-liability to competing claimants, to secure a full, final and complete release, and to end further involvement in the case except as necessary to carry out the Court's directives.

        It is therefore requested that the Court permit Chubb to pay $144,569 to the Court or such other escrowee as the Court directs, and that the Court thereupon release and relieve Chubb of all liability to the Trustee, to Mr. Parlionas and to the other parties and claimants in this case.

                                                  Respectfully,

                                                  Kenneth R. Feit

KRF/da
Enclosure

Tᴇʟʟ, Cʜᴇsᴇʀ & Bʀᴇɪᴛʙᴀʀᴛ
Honorable Jil Mazer-Marino
January __, 2025
Page 2


cc:    Margarita Parlionas
        157-22 Powells Cove Boulevard
        Beechhurst, NY 11357
        (via email: margaritaonassis@gmail.com)

        Alex T. Tsionis, Esq.
        Law Office of Avrum J. Rosen
        38 New Street
        Huntington, NY 11743
        (via email: atsionis@ajrlawny.com)

        Hillary F. Schultz, Esq.
        Law Office of Richard Klass
        16 Court Street - 28 Fl
        Brooklyn, NY 11241
        (via email: hschultz@courtstreetlaw.com)

        Office of the United States Trustee
        Eastern District of New York (Brooklyn)
        One Bowling Green - Room 510
        New York, NY 10004-1408

        Chubb National Insurance Company

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:  Chapter 11

MARGARITA ONASSIS PARLIONAS,  Case No. 1-23-42029-jmm

Debtor.

### ORDER GRANTING RELIEF
### FROM THE AUTOMATIC STAY

UPON consideration of the motion (the "Motion") [Dkt. No. 47] of applicant Chubb National Insurance Company for an order pursuant to 11 U.S.C. § 362(d)(1) for relief from the automatic stay provisions of 11 U.S.C. §362(a) to permit it, as part of its investigation of the reported loss of a scheduled engagement ring and in accordance with the terms of an insurance policy, to require debtor Margarita Onassis Parlionas and her husband Athanasios Parlionas to submit a sworn statement in proof of loss, to produce relevant documents and to testify separately at examinations under oath, and to permit Chubb National Insurance Company to determine its obligations, if any, under the policy, for the reported loss of the engagement ring, and the Court, Judge Jil Mazer-Marino presiding, at hearing held on November 15, 2023, having considered the argument of counsel for Chubb National Insurance Company in support of the Motion, and no party having opposed the Motion, and good cause appearing therefor, it is hereby,

ORDERED that the Motion is granted to the extent provided herein; and it is further,

ORDERED that Chubb National Insurance Company is hereby granted relief from the automatic stay provisions of 11 U.S.C. §362(a) to permit it, in accordance with the terms of the insurance policy, (a) to require debtor Margarita Parlionas and her husband Athanasios Parlionas to submit a sworn statement in proof of loss in connection with the reported loss of a scheduled engagement ring; (b) to require debtor Margarita Parlionas and her husband Athanasios Parlionas to produce documents relevant to the investigation of the reported loss; (c) to require debtor Margarita Parlionas and her husband Athanasios Parlionas to separately testify under oath in connection with the reported loss; and (d) to permit Chubb National Insurance Company to determine its obligations, if any, under the policy, for the reported loss of the engagement ring.

Dated: November 19, 2023
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge