# Exhibit "F"



**Alex E. Tsionis <atsionis@ajrlawny.com>**

# 23-42029 -- Parlionas -- Claim 040523038083 -- Chubb Natl. Ins. Co.
1 message

**kfeit@tellcheser.com** <kfeit@tellcheser.com>   Wed, Mar 12, 2025 at 11:00 AM
To: Margarita Parlionas <margaritaonassis@gmail.com>, "Alex E. Tsionis" <atsionis@ajrlawny.com>, Hillary Schultz <hschultz@courtstreetlaw.com>

To Margarita Parlionas, Alex T. Tsionis, Esq. and Hillary Schultz, Esq.

Please see the attached letter to Judge Mazer-Marino submitted today via ECF.

Kenneth R. Feit

Tell, Cheser & Breitbart

[320 Old Country Road – Ste 202
Garden City, NY 11530](#)

Phone: (516) 535-1550
Fax: (516) 535-1552
Email: [kfeit@tellcheser.com](mailto:kfeit@tellcheser.com)

CONFIDENTIALITY NOTICE: THIS EMAIL IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY TELL, CHESER & BREITBART IMMEDIATELY BY TELEPHONE (CALL 516 535-1550 COLLECT) AND DELETE THIS AND ALL COPIES OF THE EMAIL.  THANK YOU.



**filed Court 03-12-2025 letter.pdf**
947K