# Exhibit "G"



Alex E. Tsionis <atsionis@ajrlawny.com>

# Lost Ring - In re Margarita Onassis Parlionas, 23-42029-jmm

**Alex E. Tsionis** <atsionis@ajrlawny.com>                                                                  Wed, Mar 12, 2025 at 2:26 PM
To: Margarita Parlionas <margaritaonassis@gmail.com>
Cc: kfeit@tellcheser.com, Hillary Schultz <HSCHULTZ@courtstreetlaw.com>, Richard Klass ESQ <richklass@courtstreetlaw.com>, Debra Kramer <dkramer@kramerpllc.com>, Avrum Rosen <arosen@ajrlawny.com>

Dear Ms. Parlionas,

This email is to confirm our telephone conversation from moments ago, wherein you called me and told me that you found the lost ring that is the subject of the Chubb insurance claim. Please be advised that the ring is property of your bankruptcy estate under section 541 of the bankruptcy code and subject to turnover to the Trustee under section 542 of the bankruptcy code. Please immediately send us a picture of the ring. In addition, please safeguard the ring until the Trustee makes arrangements for its inspection and turnover. Thank you.

Best regards,

Alex E. Tsionis, Esq.
Partner
Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: (631) 423-8527
Fax: (631) 423-4536
atsionis@ajrlawny.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.