# Exhibit "H"

