# Exhibit "I"



Alex E. Tsionis <atsionis@ajrlawny.com>

# Parlionas - Ring

**Marc Yaverbaum** <my@myccorp.com>  Tue, Apr 1, 2025 at 11:26 AM
To: "Debra Kramer (dkramer@kramerpllc.com)" <dkramer@kramerpllc.com>
Cc: "Alex E. Tsionis" <atsionis@ajrlawny.com>, Victor Moneypenny <vm@myccorp.com>

Debra –

To evaluate the debtor's ring, Victor Moneypenny, on behalf of MYC & Associates, Inc., looked at the center stone through his magnifying loop and felt it was either not real or not what was reported on the receipts provided; therefore, Victor tested it with an electronic diamond tester which determined the center stone to **not** be a real diamond.  Victor also tested the secondary stones with the diamond tester which determined they are real diamonds.

Lastly, Victor brought it to a jeweler this morning who also confirmed the center stone was a cubic zirconia. A receipt from the jeweler is attached.

I also attach a digital photo of the ring, created March 26, 2025, which was provided by the debtor. You can clearly see the center stone to be the same one in the attached digital photo I captured when taking possession of the ring on March 28, 2025, which is also attached hereto.

Thank you.

*Marc P. Yaverbaum*

MYC & Associates, Inc.

[1110 South Avenue, Suite 22](#)

[Staten Island, New York 10314](#)

tel.  (347) 273-1258

mobile/text  (917) 648-8059

[MYCcorp.com](#)

@MYCAssociates

**3 attachments**



**03.26.25 Ring Photo.png**
3632K



**03.28.25 Ring Photo.jpg**
2051K

**Parlionas - Atlantis Jewelry, LLC Receipt.pdf**
199K