# Exhibit "J"



# Atlantis Jewelry, LLC
**Woodbridge Jewelry Exchange**
One Woodbridge Center
Woodbridge, NJ 07095
Tel: (732) 750-3700
atlantisjewelryllc@gmail.com

Visa, Master Card, American Express, Discover    We Buy Gold & Diamonds

| Name: | MYC | Date: | 04.01.2025 |

Address: 1110 South Ave, STATEN ISLAND NY. 10314

Email: _____  Phone: _____

| Sold By | Layaway # | Special order # | Ticket# | Paid In Full ☐ Yes |
|---|---|---|---|---|

| Qty. | Tag # | Description | Price | Amount |
|---|---|---|---|---|
| | | Platinum Ring | | |
| | | Center stone CUBICK | | |
| | | ZIRCONIA . C.Z. | | |
| | | Side stone diamond | | |
| | | Ben Barke | | |

No Refund on Purchases, and Deposits.
Purchases are exchangeable within 7 days of purchase with receipt.
No exchanges will be given on special orders or layaways.
Special orders must be paid in full at time of order.
All layaways must be paid in full within 60 days of receipt date.
Exchanges will not be made on worn or damages items.
All claims must be accompanied by this receipt.

| Subtotal | |
| Sales Tax | |
| Total | |

Special Instructions

| Total | |
| Deposit | |
| Balance Due | |

Thank You, for your business