# Exhibit "K"

 **Gmail**                                          **Alex E. Tsionis <atsionis@ajrlawny.com>**

## Ring - In re Margarita Parlionas, 23-42029-jmm

**Alex E. Tsionis** <atsionis@ajrlawny.com>                                    Wed, Apr 2, 2025 at 10:50 AM
To: Margarita Parlionas <margaritaonassis@gmail.com>, Hillary Schultz <HSCHULTZ@courtstreetlaw.com>
Cc: Debra Kramer <dkramer@kramerpllc.com>, Richard Klass ESQ <richklass@courtstreetlaw.com>, Avrum Rosen
<arosen@ajrlawny.com>

Dear Ms. Parlionas,

I hope this message finds you well. I am reaching out to inform you that the Trustee has examined the ring you submitted and determined that the center stone is **not** a genuine diamond.

Before the Trustee decides on the next course of action, we would like to offer you the opportunity to provide any information or explanation regarding what may have happened to the original center stone.

***Ms. Schultz*** – could you please advise if your client has any knowledge or information about the missing center stone?

Thank you for your attention to this matter. We look forward to your response.

Best regards,

Alex E. Tsionis, Esq.
Partner
Rosen, Tsionis & Pizzo, PLLC
38 New Street
Huntington, New York 11743
Phone: (631) 423-8527
Fax: (631) 423-4536
atsionis@ajrlawny.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.