# Exhibit "M"



Alex E. Tsionis <atsionis@ajrlawny.com>

# Lost Ring - In re Margarita Onassis Parlionas, 23-42029-jmm

**Alex E. Tsionis** <atsionis@ajrlawny.com>   Tue, Sep 2, 2025 at 10:08 AM
To: Margarita Parlionas <margaritaonassis@gmail.com>
Cc: Karamvir Dahiya <karam@dahiya.law>, Hillary Schultz <HSCHULTZ@courtstreetlaw.com>, Richard Klass ESQ <richklass@courtstreetlaw.com>, Debra Kramer <dkramer@kramerpllc.com>, Avrum Rosen <arosen@ajrlawny.com>, Daniel LeBrun <dlebrun@ajrlawny.com>, Marc Yaverbaum <my@myccorp.com>, Victor Moneypenny <vm@myccorp.com>

Dear Ms. Parlionas,

As you know, my firm is counsel to Debra Kramer, the Chapter 7 Trustee.

On March 12, 2025, I emailed you confirming our telephone conversation from that day, wherein you called me and told me that you *found the lost ring* that is the subject of the Chubb insurance claim.

The Trustee received a letter dated August 20, 2025, from Chubb, rescinding and withdrawing their offer to pay insurance proceeds in satisfaction of the claim arising out of the reported loss of the alleged lost ring.

Chubb is denying the claim because, among other things, the ring that you turned over to the Trustee *was not the same ring* that was insured - it is a completely different ring.

Accordingly, demand is hereby made that you turn over to the Trustee the correct ring that is the subject of the Chubb insurance policy by no later than this *Friday, September 5, 2025*. Otherwise, the Trustee will be guided accordingly.

The Trustee reserves all rights.

Thank you.

Alex E. Tsionis, Esq.
Partner
Rosen, Tsionis & Pizzo, PLLC
38 New Street
Huntington, New York 11743
Phone: (631) 423-8527
Fax: (631) 423-4536

atsionis@ajrlawny.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]