**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

IN RE:

Margarita Onassis Parlionas
aka Margarita Mary Vekrakos

Debtor

Case No. 23-42029-jmm

Chapter 7

**REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)**

The Clerk's Office requests that the Court determine if access to Document(s) No. 227 filed in CM/ECF should be restricted.

The document or claim contains:

- [x] Personal identifiers as set forth in Bankruptcy Rule 9037
    - Social Security Number
    - Taxpayer Identification Number
    - Birth Date
    - The name of an individual, other than the debtor, known to be and identified as a minor
    - Financial Account Number
- [ ] Trade Secrets
- [ ] Confidential Research, Development or Commercial Information
- [ ] Scandalous or Defamatory Matter
- [ ] Other: ______________________________

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- [x] The Clerk's Office is directed to restrict access to the document.
- [ ] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before____________________.
- [ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):

______________________________

______________________________

**Dated: August 26, 2026**
**Brooklyn, New York**

Jil Mazer-Marino
Chief United States Bankruptcy Judge