UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X Chapter 11
In Re:

MARGARITA ONASSIS PARLIONAS, Case No. 1-23-42029-jmm

Debtor.
-----------------------------------------------------------------X
MARGARITA ONASSIS PARLIONAS,

Plaintiff,

-against- Adv. Case No. 1-23-01067-jmm

ATHANASIOS PARLIONAS,

Defendants.
-----------------------------------------------------------------X

**ORDER REMANDING CASE**

**WHEREAS** Athanasios Parlionas filed a motion for an Order remanding the pending divorce action, titled *Parlionas v. Parlionas*, to the Supreme Court State of New York, County of Queens, Index No. 012636/2015 (the "Divorce Action"), heretofore removed from said court **(the "State Court") (JMM)** to this court by the Debtor [ECF No. 6], pursuant to 28 U.S.C. §1452(b) on equitable grounds and/or requesting that the Bankruptcy Court voluntarily abstain from hearing such proceeding(the "Motion") [ECF No. 8], and

**WHEREAS**, the Court held a hearing on the Motion on September 27, 2023,

**NOW THEREFORE**, for the reasons set forth on the record of the September 27, 2023 hearing and the decision of the Court read into the record on November 20, 2023, it is hereby;

**ORDERED**, that the Motion is granted to the extent set forth herein, and it is further

**ORDERED**, that the State Court may proceed with the Divorce Action as to the

dissolution of the marriage and the establishment of domestic support obligations in the Divorce Action, and it is further

**ORDERED**, that the State Court may proceed with the Divorce Action as to the equitable distribution of the estate property, and it is further

**ORDERED**, that the trial in the Divorce Action may proceed, and it is further

**ORDERED**, that the automatic stay is hereby declared and confirmed as being in effect as to the enforcement of claims adjudicated in the Divorce Action against assets of the Bankruptcy Estate.

Dated: December 4, 2023
Brooklyn, New York

Jil Mazer-Marino
United States Bankruptcy Judge