**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| --------------------------------------------X | Chapter 7 |
| In re: | |
| MARGARITA ONASSIS PARLIONAS, | Case No. 1-23-42029-jmm |
| a/k/a Margarita Mary Vekrakos, | |
| Debtor. | Hon. Jil Mazer-Marino |
| --------------------------------------------X | |

**DECLARATION OF KARAMVIR DAHIYA IN SUPPORT OF THE DEBTOR'S STATEMENT OF ACTUAL DAMAGES (ATTORNEYS' FEES) UNDER 11 U.S.C. § 362(k)(1)**

Karamvir Dahiya declares pursuant to 28 U.S.C. § 1746:

1. I am the principal of Dahiya Law Offices LLC, counsel to the Debtor, Margarita Onassis Parlionas. I make this declaration on personal knowledge pursuant to the Court's Order dated October 13, 2026 [ECF No. 245] (the "Order"), which awards the Debtor, against Athanasios Parlionas, the reasonable attorneys' fees incurred in connection with her Motion to Enforce the Automatic Stay [ECF Nos. 227, 228, 238] (the "Motion").

2. Exhibit A sets out, by date, hours and description, the time I spent from August 10 through October 16, 2026 on the Motion, the Reply [ECF No. 239], the hearing of September 22, 2026, the proposed order, and this statement. The entries are drawn from the contemporaneous record of the work: the save times of my working files, the CM/ECF and NYSCEF filing receipts, e-mail, and telephone and messaging logs. They describe the services without disclosing privileged communications.

3. For this case, my hourly rate was a reduced rate of $650 per hour.

4. In the exercise of billing judgment I have not charged the time spent correcting the redaction of ECF No. 227 and refiling the motion papers; I have reduced the Motion drafting time by ten percent for relief the Court did not grant; and I have excluded time on the Debtor's state-court matters (other than the notice letter to the state court) and on the Trustee's adversary proceedings. No expenses are claimed. Exhibit A is a conservative statement of the time spent: a substantial amount of additional time on this matter, including telephone calls, text and WhatsApp messages, and review of correspondence for which no separate time was recorded, has not been billed.

5. The reasonable attorneys' fees incurred in connection with the Motion are 39.9 hours at $650 per hour, or $25,935.00. I respectfully request that the Court fix the Debtor's actual damages against Athanasios Parlionas in that amount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026
New York, New York

/s/ Karamvir Dahiya
Karamvir Dahiya
Dahiya Law Offices LLC
111 John Street, Suite 1860, New York, NY 10038
(212) 766-8000 · karam@dahiya.law
Attorneys for the Debtor

## EXHIBIT A

In re Margarita Onassis Parlionas, Case No. 1-23-42029-jmm (Bankr. E.D.N.Y.)

Motion to Enforce the Automatic Stay [ECF Nos. 227, 228, 238, 239] and Hearing of September 22, 2026

| Date | Hours | Description of services |
|---|---|---|
| 08/10/2026 | 0.4 | Telephone conference with client re: Aug. 10 state-court appearance on the June 2022 contempt and threatened incarceration; review E. Andreone e-mail re same. |
| 08/11/2026 | 0.3 | Telephone conference and messages with E. Andreone re: transcript of state-court hearing and record of contempt proceedings. |
| 08/12/2026 | 0.2 | Review material forwarded for stay motion; messages re: absence of court reporter in state-court proceedings. |
| 08/13/2026 | 0.3 | Review forwarded contempt-charge correspondence; direct preparation of affidavits and exhibits limited to contempt enforcement and incarceration threats; plan filing of stay motion. |
| 08/17/2026 | 4.1 | Review state-court record of contempt enforcement (NYSCEF filings, May 2026 transcripts, Remand Orders); prepare procedural history; prepare initial drafts of motion under 11 U.S.C. § 362(k) and supporting affirmation. |
| 08/17/2026 | 0.1 | Communications with E. Andreone re: state-court contempt record and content of Debtor and witness affidavits; review shared folder of state-court materials. |
| 08/18/2026 | 0.8 | Review draft affidavits of E. Andreone and D. Mohammed; review client's questions to state counsel re: Aug. 24 appearance. |
| 08/19/2026 | 0.3 | Review client's homestead disbursement accounting and correspondence with state counsel re: stay; prepare e-mail analysis re: bankruptcy jurisdiction over estate property and stayed contempt enforcement. |
| 08/19/2026 | 0.2 | Review witness affidavits; instructions re: bankruptcy caption and execution. |
| 08/20/2026 | 0.4 | Review draft affidavits; direct amendment of Debtor affidavit re: Ms. Coffinas pressing contempt; arrange execution of affidavits. |
| 08/21/2026 | 4.8 | Assemble and paginate Exhibits 1–14; finalize Debtor affidavit; draft Notice of Motion, Affirmation and Memorandum of Law; prepare table of contents; circulate draft package for factual review. |
| 08/21/2026 | 0.1 | Telephone conference with client re: affidavit and filing. |
| 08/22/2026 | 0.9 | Review Debtor affidavit with Exhibits 1–14 and Mohammed affidavit for accuracy (¶ 18 quotation of state court); review notice of motion date and address. |
| 08/22/2026 | 0.3 | Review third-party comments on draft memorandum forwarded by E. Andreone; correspondence re: same. |
| 08/22/2026 | 4.6 | Legal research (11 U.S.C. § 362(a)(1), (6); civil vs. criminal contempt; concurrent and in rem jurisdiction); draft Point IX; record-citation audit; revise Affirmation; prepare cover page and table of contents; assemble motion (through 2:30 a.m. Aug. 23). |
| 08/23/2026 | 1.3 | Incorporate In re Henderson; prepare Table of Authorities; assemble consolidated motion; file and serve Motion (ECF 227). |
| 08/23/2026 | 2.0 | Draft letter to Justice Viscovich advising of the Motion and the automatic stay, including legal research on the effect of the stay on the state-court contempt; instruct client re: filing letter and motion papers in the Divorce Action on NYSCEF. |

| | | |
|---|---|---|
| 08/23/2026 | 0.1 | Telephone conference with E. Andreone re: filing. |
| 09/08/2026 | 0.1 | Review client's request to state counsel to defer contempt enforcement and state counsel's update re: YoYo contempt amount. |
| 09/15/2026 | 0.3 | Review Ms. Coffinas' letter to Justice Viscovich (NYSCEF Doc. 905); communications re: manner of service of the Motion on Ms. Coffinas and affidavit of service. |
| 09/15/2026 | 1.0 | Review Affirmation in Opposition of M. Coffinas (ECF 234) and Affirmation in Opposition of R. Klass with Exhibits B–C (ECF 235). |
| 09/16/2026 | 0.2 | Review Exhibit A to opposition (ECF 236); messages re: executed affidavit of service. |
| 09/18/2026 | 0.4 | Telephone conference with E. Andreone re: service of the Motion and affidavit of service. |
| 09/18/2026 | 0.3 | Prepare and file affidavit of service of the Motion (ECF 237). |
| 09/19/2026 | 0.5 | Collect state and bankruptcy dockets and August 2026 state-court transcripts for the Reply. |
| 09/19/2026 | 6.2 | Review Klass opposition; legal research; draft Reply Affirmation with Exhibits 15–21 and Reply Memorandum of Law; review August 2026 state-court transcripts; communications with client for factual review; citation audit; file Reply (ECF 239); serve by e-mail; prepare affirmation of service (ECF 240). |
| 09/20/2026 | 0.1 | Messages with client following filing of Reply re: Ms. Coffinas' role in prosecuting the contempt. |
| 09/21/2026 | 1.4 | Conferences with client and E. Andreone in preparation for hearing; prepare chronology and argument points; circulate motion, opposition and reply papers; register appearance for hearing. |
| 09/22/2026 | 0.4 | Group call with client and E. Andreone before hearing; review Remand Orders and October 12, 2023 decision; prepare oral argument outline. |
| 09/22/2026 | 1.8 | Attend hearing before Chief Judge Mazer-Marino on the Motion. |
| 09/22/2026 | 0.5 | Telephone conferences with client and E. Andreone re: Court's ruling. |
| 09/22/2026 | 0.7 | Draft proposed order following hearing. |
| 09/23/2026 | 0.3 | Circulate draft proposed order to client; telephone conferences re: same; review Clerk's notice re: ECF 238 filing event. |
| 09/23/2026 | 0.4 | Review proposed order circulated by H. Schultz; respond with Debtor's draft proposed order for comment. |
| 09/23/2026 | 0.1 | Review correspondence with court transcriber re: ordering transcript of Sept. 22 hearing. |
| 09/24/2026 | 0.5 | Review transcript of Sept. 22 hearing. |
| 09/24/2026 | 0.6 | Revise proposed order; circulate final proposed order to M. Coffinas, R. Klass, H. Schultz and client; review responses; submit proposed order to Chambers in Word and PDF. |
| 09/24/2026 | 0.3 | Telephone conference with client; review client's proposed corrections to proposed order. |
| 09/25/2026 | 0.3 | Upload proposed order through CM/ECF per Chambers' direction; telephone conference and messages with client re: same. |
| 09/26/2026 | 0.1 | Review docket entry re: hearing held and adjournment to Nov. 5, 2026. |
| 10/14/2026 | 0.2 | Review Order granting in part the Motion (ECF 245). |
| 10/16/2026 | 2.0 | Review Sept. 22 transcript, Order and time records; prepare this statement. |
| | **39.9** | **Total hours** |
| | **$650.00** | **Hourly rate** |
| | **$25,935.00** | **Total fees** |

| | | |
|---|---|---|
| | **None claimed** | **Expenses** |